**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| LORO PIANA S.P.A.,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | Case No. 26-cv-10819<br><br>District Judge Joan H. Lefkow<br><br>Magistrate Judge Gabriel A. Fuentes |

**<u>PLAINTIFF'S EX PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER, INCLUDING A TEMPORARY INJUNCTION, A TEMPORARY ASSET RESTRAINT, AND EXPEDITED DISCOVERY</u>**

Plaintiff LORO PIANA S.p.A. hereby moves this Court for entry of an ex parte temporary restraining order, including a temporary injunction against Defendants enjoining the manufacture, importation, distribution, offering for sale, and sale of unauthorized products, a temporary asset restraint, and expedited discovery in an action arising out of 15 U.S.C. § 1114; and Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a) in the form submitted herewith. A Memorandum of Law in Support is filed concurrently with this Motion.

Dated September 08 2026

Respectfully submitted,

*/s/ Paul Kossof*

Counsel for Plaintiff, LORO PIANA S.p.A.
Paul Kossof (ARDC #6319307)
KossofIPR
1509 Waukegan Road, #1162
Glenview, IL, 60025
(224) 433-1553
p.kossof@kossofipr.com

**Plaintiff's Certification Pursuant to Fed. R. Civ. P. 65(b)(1)(B)**

Pursuant to Federal Rule of Civil Procedure 65(b)(1)(B), undersigned counsel for Plaintiff hereby certifies that no notice of this Motion has been provided to Defendants. Plaintiff seeks relief on an ex parte basis because providing advance notice would likely render the requested relief ineffective.

As set forth in the accompanying Memorandum of Law and supporting declarations, Defendants operate Internet-based storefronts using aliases and frequently change identifying information to evade detection and enforcement. Based on Plaintiff's experience in similar actions and the facts presented in this case, Defendants are likely to hide, transfer, or otherwise dissipate assets associated with the sale of counterfeit goods, or to move their operations to new storefronts, if given advance notice of this Motion. Such actions would frustrate the Court's ability to grant meaningful relief, including the requested asset restraint and expedited discovery.

Under these circumstances, providing notice prior to entry of a temporary restraining order would create a substantial risk of immediate and irreparable injury to Plaintiff by enabling Defendants to evade enforcement and dissipate assets before the Court can act. Accordingly, Plaintiff respectfully submits that notice should not be required prior to entry of the requested ex parte relief.

Dated September 08 2026

Respectfully submitted,

*/s/ Paul Kossof*

Counsel for Plaintiff, LORO PIANA S.p.A.
Paul Kossof (ARDC #6319307)
KossofIPR
1509 Waukegan Road, #1162
Glenview, IL, 60025
(224) 433-1553
p.kossof@kossofipr.com