**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

LORO PIANA S.p.A.,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

Defendants.

Case No. 26-cv-10819

District Judge Joan H. Lefkow

Magistrate Judge Gabriel A. Fuentes

**SEALED TEMPORARY RESTRAINING ORDER**

Plaintiff LORO PIANA S.p.A. ("LORO PIANA S.p.A.") filed an *Ex Parte* Motion for Entry of a Temporary Restraining Order (the "Motion") against the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants"). After reviewing the Motion and the accompanying record, this Court GRANTS LORO PIANA S.p.A.'s Motion in part as follows.

This Court finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, LORO PIANA S.p.A. has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of LORO PIANA S.p.A.'s federally registered trademarks (the "LORO PIANA S.p.A. Trademarks") to residents of Illinois. In this case, LORO PIANA S.p.A. has

presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the LORO PIANA S.p.A. Trademarks. *See* Docket No. 11, which includes screenshot evidence confirming that each Defendant internet store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the LORO PIANA S.p.A. trademarks. A list of the LORO PIANA S.p.A. Trademarks is included in the below chart.

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASS |
|---|---|---|---|
| 4036940 | | October 11, 2011 | For: Spectacles; sunglasses; spectacle frames; contact lenses; containers and cases for contact lenses; safety helmets, protective helmets for sports, protective helmets for motorcycles, motorbikes, motorscooters, bicycles, cycles, horseback riding, skiing, polo riding, motor racing; apparatus for recording, transmission or reproduction of sound or images; magnetic data carriers; sound recording discs; scientific, nautical, surveying and electric apparatus and instruments; photographic, cinematographic, optical, weighing, measuring, signalling, checking (supervision), |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASS |
|---|---|---|---|
| | | | life-saving and teaching apparatus and instruments; coin or counter-operated apparatus; cash registers; calculating machines; computers and data processing equipment in class 9 |
| 6382956 | Loro Piana<br>Loro Piana | June 15, 2021 | For: Footwear; shoes; boots; deck shoes; sandals; casual shoes; sports (boots for-); beach shoes; running shoes; rubbers [footwear]; espadrilles; gymnastic shoes; clogs; mules, leather shoes; stockings; berets; boas [necklets]; berets (headgear); hosiery; half-boots; suspenders; lace boots; neck scarves [mufflers]; neck scarves [mufflers]; neck scarves [mufflers]; belts [clothing]; shawls; sweaters; sweaters; socks; boot uppers; shirts; short-sleeve shirts; hats; furs [clothing]; suits; ready-to-wear clothing; ear muffs [clothing]; neckties; trousers; gloves [clothing]; scarves; sashes for wear; knitwear [clothing]; fur stoles; waistcoats; coats; rainproof clothing; skirts; layettes [clothing]; muffs [clothing]; mittens; |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASS |
|---|---|---|---|
| | | | gowns; topcoats; stuff jackets [clothing]; stuff jackets [clothing]; jackets [clothing]; heels; headbands [clothing]; parkas; bandanas [neckerchiefs]; clothing of imitations of leather; leather clothing; tee-shirts; turbans; belts (money -) [clothing]; pocket squares; sleep masks; skorts; ponchos; leggings [trousers]; pinafore dresses; ankle boots; embroidered clothing; headgear; gloves [clothing] in class 25 |
| 2812870 | Loro Piana<br>Loro Piana | February 10, 2004 | For: goods made of leather and imitation of leather, namely [ key chains and ] shopping bags, trunks, traveling bags, [ umbrellas ] and tote bags in class 18 |
| 5398553 | Loro Piana<br>Loro Piana | February 13, 2018 | For: games and playthings, namely, card games, [ checkers games, ] board games, [ chess games, memory games, dice games, backgammon, ] balls for games, [ billiard tables, board games, checkerboards, chessboards, chips for gambling, cups for dice, playing cards, dolls, ] puppets, [ scale model kits, scale model vehicles, toy scooters, ] teddy bears * • * [ , toy |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASS |
|---|---|---|---|
| | | | vehicles • gymnastic and sporting articles, namely, mats, benches, training stools, vaulting horses, pommel horses, spring boards, bags designed for skis and surfboards, cricket bags, golf bags with or without wheels, golf gloves, harness for sailboards, set of golf balls • ] cashmere toys and fur toys, namely, puppets, [ dolls, scale model kits, scale model vehicles, toy scooters, ] teddy bears [ , toy vehicles • decorations for christmas trees ] in class 28<br><br>For: [ precious metals and their alloys and works of art of precious metals • jewellery, precious stones • horological and chronometric instruments ] in class 14 |
| 6799728 | Loro Piana<br>Loro Piana | July 26, 2022 | For: tapers • perfumed candles • wicks for candles, nightlights (candles) • candle wax • fuels and illuminants, being oils and wax for lighting • oils for lamps in class 4 |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASS |
|---|---|---|---|
| 4978811 | | June 14, 2016 | For: soaps, essential oils in class 3 |
| 8027048 | | November 18, 2025 | For: precious metals and their alloys and works of art of precious metals • jewellery, precious stones • horological and chronometric instruments in class 14 |
| 1937960 | | November 28, 1995 | For: yarns and threads in class 23<br><br>For: fabrics for use in the manufacture of clothing, nightware and bedding material, namely blankets and coverlets • woven fabrics made of wool, worsted fabric blends of wool and cotton fabric, silk and wool blend fabrics, cotton knit fabrics and wool knit fabrics in class 24<br><br>For: clothing for men, women and children, namely jackets, coats, skirts, trousers, cloaks, mantles • overcoats and knitted vests • scarves, mufflers, shawls and gloves in class 25 |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASS |
|---|---|---|---|
| 7813481 | LORO PIANA LOOM | June 3, 2025 | For: leather and imitations of leather • luggage and all-purpose carrying bags • leather key cases • vanity cases, not fitted • bags, namely, leather bags • purses • handbags • clutch purses • leather travelling bag sets • leather briefcases and leather envelopes for packaging • business and credit card cases being notecases • pocket wallets • leather envelopes and pouches, for packaging • valises • business cases • attaché cases • garment bags for travel • rucksacks in class 18 |

This Court also finds that issuing this Order without notice pursuant to Rule 65(b)(1) of the Federal Rules of Civil Procedure is appropriate because LORO PIANA S.p.A. has presented evidence accompanying the Declaration of Nicolas Lambert in support of the Motion showing that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition. Specifically, in the absence of an *ex parte* Order, Defendants could and likely would move any assets from accounts in financial institutions under this Court's jurisdiction to off-shore accounts. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be temporarily enjoined and restrained from:

a. using the LORO PIANA S.p.A. Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine LORO PIANA S.p.A. product or not authorized by LORO PIANA S.p.A. to be sold in connection with the LORO PIANA S.p.A. Trademarks;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine LORO PIANA S.p.A. product or any other product produced by LORO PIANA S.p.A., that is not LORO PIANA S.p.A.'s or not produced under the authorization, control, or supervision of LORO PIANA S.p.A. and approved by LORO PIANA S.p.A. for sale under the LORO PIANA S.p.A. Trademarks;

c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of LORO PIANA S.p.A., or are sponsored by, approved by, or otherwise connected with LORO PIANA S.p.A.; and

d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for LORO PIANA S.p.A., nor authorized by LORO PIANA S.p.A. to be sold or offered for sale, and which bear any of LORO PIANA S.p.A.'s trademarks, including the LORO PIANA S.p.A. Trademarks, or any reproductions, counterfeit copies, or colorable imitations.

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3. LORO PIANA S.p.A. is authorized to issue expedited written discovery to Defendants, pursuant to Federal Rules of Civil Procedure 33, 34, and 36, related to:

a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the online marketplaces and Defendants' financial accounts, including payment identifiers such as tokens, cashtags, wallet addresses, or similar routing identifiers, and Defendants' sales and listing history related to their respective online marketplaces; and

c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Alipay, ContextLogic Inc. d/b/a Wish.com ("Wish.com"), Alibaba Group Holding Ltd. ("Alibaba"), Ant Financial Services Group ("Ant Financial"), Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

4. Upon LORO PIANA S.p.A.'s request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' online marketplaces, including, without limitation, any financial institution, payment

processor, or online marketplace platform such as eBay, Inc., AliExpress, Alibaba, Amazon.com, Inc., Wish.com, Dhgate, and Early Warning Services (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to LORO PIANA S.p.A. expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Defendants' e-commerce stores and financial accounts, including Defendants' sales and listing history related to their respective online marketplaces; and

c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Alipay, Wish.com, Alibaba, Ant Financial, Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5. Upon LORO PIANA S.p.A.'s request, those with notice of this Order, including the Third Party Providers, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in

connection with the sale of counterfeit and infringing goods using the LORO PIANA S.p.A. Trademarks.

6. Any Third Party Providers shall, within seven (7) calendar days of receipt of this Order:

   a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 2 to the Declaration of Nicolas Lambert, and any e-mail addresses provided for Defendants by third parties; and

   b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court or until the Order expires, whichever occurs earlier.

7. LORO PIANA S.p.A. may provide notice of the proceedings in this case to Defendants, including notice of the preliminary injunction hearing, service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Complaint, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website, as well as attaching said documents to the e-email, to the e-mail addresses identified in Exhibit 2 to the Declaration of Nicolas Lambert and any e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "The Partnerships and Unincorporated Associations identified on Schedule A of the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8. LORO PIANA S.p.A. must provide notice to Defendants of any motion for preliminary injunction as required by Rule 65(a)(1).

9. The Schedule A, Exhibit 2 to the Declaration of Nicolas Lambert, and this Order shall remain sealed until further order by this Court or until the Order expires, whichever occurs earlier.

10. Within seven (7) calendar days of entry of this Order, LORO PIANA S.p.A. shall deposit with the Court $12,000, either cash or surety bond, as security, which amount has, in the absence of adversarial testing, been deemed adequate for the payment of such damages as any person may be entitled to recover as a result of a wrongful restraint hereunder.

11. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

12. This Temporary Restraining Order without notice is entered at 2:16 P.M. on this 9th day of September, 2026, and shall remain in effect for fourteen (14) calendar days. Any motion to extend this Order must be filed by September 21, 2026.

Joan H. Lefkow
United States District Judge

## Schedule A

| No | Seller Name | Product URL |
|---|---|---|
| 1 | 2076463 | https://koi17602076463.x.yupoo.com/albums/221062663?uid=1&isSubCate=false&referrercate=5081720 |
| 2 | 4010529 | https://ethanhomme.x.yupoo.com/albums/222518399?uid=1&isSubCate=false&referrercate=5110823 |
| 3 | 461270833 | https://461270833.x.yupoo.com/albums/221033968?uid=1 |
| 4 | 4915551 | https://emma-official.x.yupoo.com/albums/223240241?uid=1&isSubCate=false&referrercate=5116193, https://emma-official.x.yupoo.com/albums/223240296?uid=1&isSubCate=false&referrercate=5116193 |
| 5 | 6073360 | https://flightkickzfactory.x.yupoo.com/albums/233198561?uid=1&isSubCate=false&referrercate=5091106 |
| 6 | 6515944 | https://kkkk1616.x.yupoo.com/albums/195072006?uid=1&isSubCate=false&referrercate=4887333, https://kkkk1616.x.yupoo.com/albums/195072011?uid=1&isSubCate=false&referrercate=4887333 |
| 7 | 8430453 | https://aristide.x.yupoo.com/albums/211326293?uid=1&isSubCate=false&referrercate=5018465 |
| 8 | 9759367 | https://getbuyteam.x.yupoo.com/albums/209691253?uid=1 |
| 9 | 9775377 | https://vogue-bags.x.yupoo.com/albums/227562210?uid=1&isSubCate=false&referrercate=4162079 |
| 10 | lelesop | https://lelesop.x.yupoo.com/albums/234197889?uid=1&isSubCate=false&referrercate=4733186 |
| 11 | ogodfactory | https://ogodfactory.x.yupoo.com/albums/200481658?uid=1 |
| 12 | uabat | https://uabat.x.yupoo.com/albums/188053956?uid=1&isSubCate=false&referrercate=4825189 |