**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION**

LORO PIANA S.P.A.,

Plaintiff,

v.

THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

Defendants.

Case No. 26-cv-10819

District Judge Joan H. Lefkow

Magistrate Judge Gabriel A. Fuentes

**PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION**

Plaintiff LORO PIANA S.p.A. herby moves for entry of a Preliminary Injunction (the "Motion"). In support of its Motion, a Memorandum of Law and a Declaration of Paul Kossof are filed concurrently herewith.

Dated September 14 2026

Respectfully submitted,

*/s/ Paul Kossof*

Counsel for Plaintiff, LORO PIANA S.p.A.
Paul Kossof (ARDC #6319307)
KossofIPR
1509 Waukegan Road, #1162
Glenview, IL, 60025
(224) 433-1553
p.kossof@kossofipr.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14 2026, I will cause the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF system, published on a website, and I will cause to be sent an e-mail to the e-mail addresses identified in Exhibit 2 to the Declaration of Nicolas Lambert and any e-mail addresses provided for Defendants by third parties that includes a link to said website.

*/s/ Paul Kossof*

Counsel for Plaintiff, LORO PIANA S.p.A.
Paul Kossof (ARDC #6319307)
KossofIPR
1509 Waukegan Road, #1162
Glenview, IL, 60025
(224) 433-1553
p.kossof@kossofipr.com