**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| LORO PIANA S.P.A.,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | Case No. 26-cv-10819<br><br>District Judge Joan H. Lefkow<br><br>Magistrate Judge Gabriel A. Fuentes |

**DECLARATION OF PAUL KOSSOF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

I, Paul Kossof, declare as follows:

1. I am an attorney at law, admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff LORO PIANA S.p.A. ("Loro Piana"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. Pursuant to entry of the temporary restraining order ("TRO") in favor of Loro Piana, Plaintiff has contacted third parties such as e-commerce platforms and payment processors to restrain accounts associated with the Seller Aliases and obtain contact information.

3. Upon the filing of Loro Piana's Motion for Entry of a Preliminary Injunction, Memorandum in support thereof, and this Declaration (the "PI Papers"), I will cause the Complaint, the TRO, the PI Papers and other relevant documents to be published on a website, and Defendants will be sent an e-mail to the e-mail addresses identified in Exhibit 2 to the Declaration of Nicolas Lambert submitted by Loro Piana in connection with the

motion for TRO and the e-mail addresses provided for Defendants by third parties that includes a link to said website.

4. Exhibit 1 attached hereto is a true and correct copy of the unpublished order cited in Loro Piana's Memorandum.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed September 14 2026 at Lake Zurich, Illinois.

*/s/ Paul Kossof*

Counsel for Plaintiff, LORO PIANA S.p.A.
Paul Kossof (ARDC #6319307)
KossofIPR
1509 Waukegan Road, #1162
Glenview, IL, 60025
(224) 433-1553
p.kossof@kossofipr.com