**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

LORO PIANA S.p.A.,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

Defendants.

Case No. 26-cv-10819

District Judge Joan H. Lefkow

Magistrate Judge Gabriel A. Fuentes

**PRELIMINARY INJUNCTION ORDER**

Plaintiff LORO PIANA S.p.A. ("LORO PIANA S.p.A.") filed a Motion for Entry of a Preliminary Injunction against the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants"). After reviewing the Motion and the accompanying record, this Court GRANTS LORO PIANA S.p.A.'s Motion in part as follows.

This Court finds LORO PIANA S.p.A. has provided notice to Defendants in accordance with the Temporary Restraining Order entered on 09/09/2026 ("TRO"), and Federal Rule of Civil Procedure 65(a)(1).

This Court also finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, LORO PIANA S.p.A. has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more

seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of LORO PIANA S.p.A.'s federally registered trademarks (the "LORO PIANA S.p.A. Trademarks") to residents of Illinois. In this case, LORO PIANA S.p.A. has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the LORO PIANA S.p.A. Trademarks. *See* Docket No. 11, which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the LORO PIANA S.p.A. Trademarks.

A list of the LORO PIANA S.p.A. Trademarks is included in the below chart:

| **REGISTRATION NUMBER** | **REGISTERED TRADEMARK** | **REGISTRATION DATE** | **INTERNATIONAL CLASS** |
|---|---|---|---|
| 4036940 | | October 11, 2011 | For: Spectacles; sunglasses; spectacle frames; contact lenses; containers and cases for contact lenses; safety helmets, protective helmets for sports, protective helmets for motorcycles, motorbikes, motorscooters, bicycles, cycles, horseback riding, skiing, polo riding, motor racing; apparatus for recording, transmission or reproduction of sound or images; magnetic data carriers; sound recording discs; scientific, nautical, surveying and electric apparatus and instruments; photographic, cinematographic, optical, weighing, measuring, signalling, checking (supervision), life-saving and teaching apparatus and |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASS |
|---|---|---|---|
| | | | instruments; coin or counter-operated apparatus; cash registers; calculating machines; computers and data processing equipment in class 9 |
| 6382956 | Loro Piana<br>Loro Piana | June 15, 2021 | For: Footwear; shoes; boots; deck shoes; sandals; casual shoes; sports (boots for-); beach shoes; running shoes; rubbers [footwear]; espadrilles; gymnastic shoes; clogs; mules, leather shoes; stockings; berets; boas [necklets]; berets (headgear); hosiery; half-boots; suspenders; lace boots; neck scarves [mufflers]; neck scarves [mufflers]; neck scarves [mufflers]; belts [clothing]; shawls; sweaters; sweaters; socks; boot uppers; shirts; short-sleeve shirts; hats; furs [clothing]; suits; ready-to-wear clothing; ear muffs [clothing]; neckties; trousers; gloves [clothing]; scarves; sashes for wear; knitwear [clothing]; fur stoles; waistcoats; coats; rainproof clothing; skirts; layettes [clothing]; muffs [clothing]; mittens; gowns; topcoats; stuff jackets [clothing]; stuff jackets [clothing]; jackets [clothing]; heels; headbands [clothing]; parkas; bandanas [neckerchiefs]; clothing of imitations of leather; leather clothing; tee-shirts; turbans; belts (money -) [clothing]; pocket squares; sleep masks; skorts; ponchos; leggings [trousers]; pinafore dresses; ankle boots; embroidered |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASS |
|---|---|---|---|
| | | | clothing; headgear; gloves [clothing] in class 25 |
| 2812870 | Loro Piana<br>Loro Piana | February 10, 2004 | For: goods made of leather and imitation of leather, namely [ key chains and ] shopping bags, trunks, traveling bags, [ umbrellas ] and tote bags in class 18 |
| 5398553 | Loro Piana<br>Loro Piana | February 13, 2018 | For: games and playthings, namely, card games, [ checkers games, ] board games, [ chess games, memory games, dice games, backgammon, ] balls for games, [ billiard tables, board games, checkerboards, chessboards, chips for gambling, cups for dice, playing cards, dolls, ] puppets, [ scale model kits, scale model vehicles, toy scooters, ] teddy bears * • * [ , toy vehicles • gymnastic and sporting articles, namely, mats, benches, training stools, vaulting horses, pommel horses, spring boards, bags designed for skis and surfboards, cricket bags, golf bags with or without wheels, golf gloves, harness for sailboards, set of golf balls • ] cashmere toys and fur toys, namely, puppets, [ dolls, scale model kits, scale model vehicles, toy scooters, ] teddy bears [ , toy vehicles • decorations for christmas trees ] in class 28<br><br>For: [ precious metals and their alloys and works of art of precious metals • jewellery, precious stones • horological and chronometric instruments ] in class 14 |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASS |
|---|---|---|---|
| 6799728 | Loro Piana<br>Loro Piana | July 26, 2022 | For: tapers • perfumed candles • wicks for candles, nightlights (candles) • candle wax • fuels and illuminants, being oils and wax for lighting • oils for lamps in class 4 |
| 4978811 | Loro Piana<br>Loro Piana | June 14, 2016 | For: soaps, essential oils in class 3 |
| 8027048 | Loro Piana<br>Loro Piana | November 18, 2025 | For: precious metals and their alloys and works of art of precious metals • jewellery, precious stones • horological and chronometric instruments in class 14 |
| 1937960 | Loro Piana<br>Loro Piana | November 28, 1995 | For: yarns and threads in class 23<br><br>For: fabrics for use in the manufacture of clothing, nightware and bedding material, namely blankets and coverlets • woven fabrics made of wool, worsted fabric blends of wool and cotton fabric, silk and wool blend fabrics, cotton knit fabrics and wool knit fabrics in class 24<br><br>For: clothing for men, women and children, namely jackets, coats, skirts, trousers, cloaks, mantles • overcoats and knitted vests • scarves, mufflers, shawls and gloves in class 25 |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASS |
| --- | --- | --- | --- |
| 7813481 | LORO PIANA LOOM | June 3, 2025 | For: leather and imitations of leather • luggage and all-purpose carrying bags • leather key cases • vanity cases, not fitted • bags, namely, leather bags • purses • handbags • clutch purses • leather travelling bag sets • leather briefcases and leather envelopes for packaging • business and credit card cases being notecases • pocket wallets • leather envelopes and pouches, for packaging • valises • business cases • attaché cases • garment bags for travel • rucksacks in class 18 |

This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of LORO PIANA S.p.A.'s previously granted Motion for Entry of a TRO establishes that LORO PIANA S.p.A. has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that LORO PIANA S.p.A. will suffer irreparable harm if the injunction is not granted.

Specifically, LORO PIANA S.p.A. has proved a *prima facie* case of trademark infringement because (1) the LORO PIANA S.p.A. Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use any of the LORO PIANA S.p.A. Trademarks, and (3) Defendants' use of the LORO PIANA S.p.A. Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with LORO PIANA S.p.A..

Furthermore, Defendants' continued and unauthorized use of the LORO PIANA S.p.A. Trademarks irreparably harms LORO PIANA S.p.A. through diminished goodwill and brand confidence, damage to LORO PIANA S.p.A.'s reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, LORO PIANA S.p.A. has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

   a. using the LORO PIANA S.p.A. Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine LORO PIANA S.p.A. product or not authorized by LORO PIANA S.p.A. to be sold in connection with the LORO PIANA S.p.A. Trademarks;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine LORO PIANA S.p.A. product or any other product produced by LORO PIANA S.p.A., that is not LORO PIANA S.p.A.'s or not produced under the authorization, control, or supervision of LORO PIANA S.p.A. and approved by LORO PIANA S.p.A. for sale under the LORO PIANA S.p.A. Trademarks;

   c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of LORO

PIANA S.p.A., or are sponsored by, approved by, or otherwise connected with LORO PIANA S.p.A.; and

d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for LORO PIANA S.p.A., nor authorized by LORO PIANA S.p.A. to be sold or offered for sale, and which bear any of LORO PIANA S.p.A.'s trademarks, including the LORO PIANA S.p.A. Trademarks, or any reproductions, counterfeit copies, or colorable imitations.

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3. Upon LORO PIANA S.p.A.'s request, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of Defendants' online marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc., ContextLogic Inc. d/b/a Wish.com ("Wish.com"), Dhgate and Early Warning Services (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to LORO PIANA S.p.A. expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Defendants' financial accounts, including payment identifiers such as tokens, cashtags, wallet addresses, or similar routing identifiers, and Defendants' sales and listing history related to their respective online marketplaces; and

c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Alipay, Wish.com, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

4. Upon LORO PIANA S.p.A.'s request, those with notice of this Order, including the Third Party Providers, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the LORO PIANA S.p.A. Trademarks.

5. Any Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order:

a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 2 to the Declaration of Nicolas Lambert, and any e-mail addresses provided for Defendants by third parties; and

b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

6. LORO PIANA S.p.A. may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Pleadings, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses identified in Exhibit 2 to the Declaration of Nicolas Lambert and any e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "The Partnerships and Unincorporated Associations identified on Schedule A of the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

7. Plaintiff's sealed pleadings and the TRO are unsealed.

8. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure

and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

9. The $12,000 bond posted by LORO PIANA S.p.A. shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

SO ORDERED:

Dated: September 15, 2026

Joan H. Lefkow
United States District Judge

## Schedule A

| No | Seller Name | Product URL |
|---|---|---|
| 1 | 2076463 | https://koi17602076463.x.yupoo.com/albums/221062663?uid=1&isSubCate=false&referrercate=5081720 |
| 2 | 4010529 | https://ethanhomme.x.yupoo.com/albums/222518399?uid=1&isSubCate=false&referrercate=5110823 |
| 3 | 461270833 | https://461270833.x.yupoo.com/albums/221033968?uid=1 |
| 4 | 4915551 | https://emma-official.x.yupoo.com/albums/223240241?uid=1&isSubCate=false&referrercate=5116193, https://emma-official.x.yupoo.com/albums/223240296?uid=1&isSubCate=false&referrercate=5116193 |
| 5 | 6073360 | https://flightkickzfactory.x.yupoo.com/albums/233198561?uid=1&isSubCate=false&referrercate=5091106 |
| 6 | 6515944 | https://kkkk1616.x.yupoo.com/albums/195072006?uid=1&isSubCate=false&referrercate=4887333, https://kkkk1616.x.yupoo.com/albums/195072011?uid=1&isSubCate=false&referrercate=4887333 |
| 7 | 8430453 | https://aristide.x.yupoo.com/albums/211326293?uid=1&isSubCate=false&referrercate=5018465 |
| 8 | 9759367 | https://getbuyteam.x.yupoo.com/albums/209691253?uid=1 |
| 9 | 9775377 | https://vogue-bags.x.yupoo.com/albums/227562210?uid=1&isSubCate=false&referrercate=4162079 |
| 10 | lelesop | https://lelesop.x.yupoo.com/albums/234197889?uid=1&isSubCate=false&referrercate=4733186 |
| 11 | ogodfactory | https://ogodfactory.x.yupoo.com/albums/200481658?uid=1 |
| 12 | uabat | https://uabat.x.yupoo.com/albums/188053956?uid=1&isSubCate=false&referrercate=4825189 |